# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

156052 & (21)

*In re* DEITRICK RAYSHAUN SANDERS.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEITRICK RAYSHAUN SANDERS,
      Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156052
COA: 337835
Wayne CC Juvenile Division:
11-014894-DJ

On order of the Court, the motion to extend time is GRANTED. By order of February 20, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the May 11, 2017 order of the Court of Appeals. The answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), and in light of the prosecutor's concession that the defendant was erroneously sentenced as a habitual offender, we REMAND this case to the Wayne Circuit Court Family Division for resentencing without habitual offender enhancement. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



d0423

Clerk